IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, ) <br> THER-RX CORPORATION, ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> DAVID A. COOK, et al., ) <br> ) <br> **Defendants.** ) <br> ) | **Case No. 1:12-cv-2491-CAP** |

## NOTICE OF POSTING OF SECURITY

Plaintiffs KV Pharmaceutical Company and Ther-Rx Corporation hereby submit this Notice of Posting of Security, and state that on the 15th day of August, 2012, Plaintiffs have posted cash as security in the amount of one million dollars paid into the Registry of the Court in compliance with this Court's August 9, 2012 Order.

Respectfully submitted, this 16th day of August, 2012

*/s/ Manoj S. Varghese, Esq.*
John E. Floyd (GA 266413)
Manoj S. Varghese (GA 734668)
BONDURANT, MIXSON & ELMORE LLP
1201 W. Peachtree Street, N.W., Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
floyd@bmelaw.com
varghese@bmelaw.com

Margaret "Peg" Donahue Hall (TX 05968450)
SNR DENTON US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX  75201-1858
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
peg.hall@snrdenton.com

Drew Marrocco (DC 453205)
SNR DENTON US LLP
1301 K Street, NW, Suite 600, East Tower
Washington, DC  20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
drew.marrocco@snrdenton.com

Stephen D. Libowsky (GA 451965)
SNR DENTON US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Telephone: (312)-876-8000
Facsimile: (312)-876-7934
stephen.libowsky@snrdenton.com

**Attorneys for Plaintiffs**

996306.1

## **CERTIFICATION REGARDING COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(D), this Notice was prepared using Times New Roman, 14-point font.

996306.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF POSTING OF SECURITY** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Jason S. Naunas
>State of Georgia Law Department
>40 Capitol Square, SW
>Atlanta, GA 30334
>
>Michelle Townes
>State of Georgia Law Department
>40 Capitol Square, SW
>Atlanta, GA 30334

This 16th day of August, 2012.

>*/s/ Manoj S. Varghese, Esq.*
>Manoj S. Varghese
>Georgia Bar No. 734668

996306.1