## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, THER-RX CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. COOK, *et al.*,<br><br>Defendants. | Case No. 12-cv-02491 (CAP) |

### PLAINTIFFS' NOTICE OF MANUAL FILING UNDER SEAL

Plaintiffs hereby give notice of manually filing under seal, pursuant to this Court's Order of May 13, 2013, Exhibits T, V and W to Plaintiffs' Statement of Material Facts in Support of Motion for Summary Judgment [Dkt. No. 81] filed May 8, 2013.

Respectfully submitted, this 13th day of May, 2013.

                                          */s/ Manoj S. Varghese*
                                          John E. Floyd (GA 266413)
                                          Manoj S. Varghese (GA 734668)
                                          BONDURANT, MIXSON & ELMORE LLP
                                          1201 W. Peachtree Street, N.W., Suite 3900
                                          Atlanta, GA 30309
                                          Telephone: (404) 881-4100
                                          Facsimile: (404) 881-4111
                                          floyd@bmelaw.com
                                          varghese@bmelaw.com

Margaret "Peg" Donahue Hall, Esq.
(TX 05968450)
DENTONS US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX  75201-1858
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
peg.hall@dentons.com
Admitted *pro hac vice*

Drew Marrocco, Esq. (DC 453205)
Erin M. Shoudt (DC 489515)
DENTONS US LLP
1301 K Street, NW, Suite 600, East Tower
Washington, DC  20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
drew.marrocco@dentons.com
erin.shoudt@dentons.com
Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATION REGARDING COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(D), this Notice was prepared using Times New Roman, 14-point font.

This 13th day of May, 2013.

*/s/ Manoj S. Varghese*_____
Manoj S. Varghese (GA 734668)


BONDURANT, MIXSON & ELMORE LLP
1201 W. Peachtree Street, N.W., Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
varghese@bmelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served true and correct copies of the foregoing **PLAINTIFFS' NOTICE OF MANUAL FILING UNDER SEAL** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Jason S. Naunas
>State of Georgia Law Department
>40 Capitol Square, SW
>Atlanta, GA 30334
>
>Michelle Townes
>State of Georgia Law Department
>40 Capitol Square, SW
>Atlanta, GA 30334

This 13th day of May, 2013.

*/s/ Manoj S. Varghese*
Manoj S. Varghese