IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, THER-RX CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID A. COOK, *et al.,*<br><br>Defendants. | Case No. 1:12-CV-02491-CAP |

## JOINT REPORT REGARDING MEDIATION

Pursuant to the Court's February 14, 2014 Order, counsel for Plaintiffs, K-V Pharmaceutical Company and Ther-Rx Corporation and counsel for Defendants David A. Cook and Jerry Dubberly, in their official capacities at the Georgia Department of Community Health, held a meet and confer on February 27, 2014 and agreed to appoint Michael J. Bowers as a mediator in this case.  Mr. Bowers was the Attorney General of Georgia from 1981-1997.  Mr. Bowers is now a partner at Balch & Bingham LLP where his practice focuses on conflicts between private entities and government agencies.  Mr. Bowers' biography is attached hereto as Exhibit A.  The parties are working on scheduling a date for the mediation and have agreed to share the costs equally.

1187531.1

Respectfully submitted this 3rd day of March, 2014,

/s/ John Floyd                          /s/ Jason Naunas

| | |
|---|---|
| John E. Floyd (GA 266413) | Jason Naunas, Esq. |
| Manoj S. Varghese (GA 734668) | Michelle Townes, Esq. |
| BONDURANT, MIXSON & ELMORE LLP | State of Georgia Law Department |
| 1201 W. Peachtree Street, N.W., | 40 Capitol Square, SW |
| Suite 3900 | Atlanta, GA 30334 |
| Atlanta, GA 30309 | Telephone: (404) 656-3357 |
| Telephone: (404) 881-4100 | Facsimile: (404) 463-1062 |
| Facsimile: (404) 881-4111 | |
| floyd@bmelaw.com | *Counsel for Defendants* |
| varghese@bmelaw.com | |

Margaret "Peg" Donahue Hall, Esq.
(TX 05968450)
DENTONS US LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX  75201-1858
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
peg.hall@dentons.com
Admitted *pro hac vice*

Drew Marrocco, Esq. (DC 453205)
Erin M. Shoudt, Esq. (DC 489515)
DENTONS US LLP
1301 K Street, NW, Suite 600, East Tower
Washington, DC  20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
drew.marrocco@dentons.com
erin.shoudt@dentons.com
Admitted *pro hac vice*

*Counsel for Plaintiffs*

1187531.1

## CERTIFICATION REGARDING COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(D), this Joint Report was prepared using Times New Roman, 14-point font.

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served true and correct copies of the foregoing **JOINT REPORT REGARDING MEDIATION** by filing it with Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Jason S. Naunas
>State of Georgia Law Department
>40 Capitol Square, SW
>Atlanta, GA 30334
>
>Michelle Townes
>State of Georgia Law Department
>40 Capitol Square, SW
>Atlanta, GA 30334

This 3rd day of March, 2014.

>*/s/ Manoj S. Varghese*
>Manoj S. Varghese